**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Quincy Allen Vason,<br><br>　　　　　Petitioner,<br><br>v.<br><br>David Shinn, et al.,<br><br>　　　　　Respondents. | No. CV-22-01289-PHX-DJH<br><br>**ORDER** |

On January 5, 2024, Magistrate Judge Camille D. Bibles issued a Report and Recommendation ("R&R") recommending Petitioner Quincy Allen Vason's Amended Petition seeking a federal writ of habeas corpus (Doc. 24) be denied.  (Doc. 28). Petitioner has not filed any objections and the time to do so has passed.  The R&R will be adopted in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 28) is **ACCEPTED AND ADOPTED IN FULL**.

**IT IS FURTHER ORDERED** the Amended Petition for Writ of Habeas Corpus (Doc. 24) is **DENIED** and **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** a Certificate of Appealability is **DENIED** because Petitioner has not made a substantial showing of the denial of a constitutional right.

/ / /

/ / /

**IT IS FINALLY ORDERED** the Clerk of Court shall enter judgment and otherwise close this matter.

Dated this 21st day of March, 2024.

Honorable Diane J. Humetewa
United States District Judge